**Order filed July 28, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00390-CR
_____

**RICHARD DOTSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1192825**

---

## ORDER

Appellant is represented by appointed counsel, Maggie Kiely. No reporter's record has been filed in this case. Karen DeShelter, the court reporter for the 177th District Court, informed this court that appellant had not requested the reporter's record. On June 10, 2022, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we issue the following order:

We ORDER appellant's appointed counsel, Maggie Kiely, to file a brief in this appeal on or before August 29, 2022. If she does not timely file the brief as ordered, we will issue an order requiring the trial court to hold a hearing to determine why the brief has not been filed.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.